# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 19, 2021

162474 & (27)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

RICHARD MORSE,
        Plaintiff/Counterdefendant-
        Appellee,

v

        SC:  162474
        COA:  354720
        Barry CC:  2013-000588-CH

MARC COLITTI, a/k/a MARK COLITTI, and
JOAN COLITTI,
        Defendants/Counterplaintiffs-
        Appellants.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED.  We ORDER that the trial court proceedings to enforce the June 5, 2020 order of the Barry Circuit Court are STAYED pending further order of this Court.  The application for leave to appeal the January 7, 2021 order of the Court of Appeals remains pending.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 19, 2021

Clerk

p0119